| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>HOEVELER, WILLIAM M | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>08/08/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial     ☒ Annual     ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>301 NORTH MIAMI AVENUE<br>9TH FLOOR<br>MIAMI, FLORIDA 33128 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRANSITION, INC. (NON-PROFIT REHABILITATION) |
| 2. BD. OF ADVISORS | RECORDING FOR THE BLIND |
| 3. BOARD OF CONTRIBUTORS | UNIVERSITY OF TEXAS, SCHOOL OF LAW "REVIEW OF LITIGATION" |
| 4. CO-TRUSTEE WITH NO. TRUST BANK | TRUST #1, DECLARATION OF TRUST, DATED 4\20\00 |
| 5. BOARD OF ADVISORS | UNIVERSITY OF MIAMI SCHOOL OF LAW CENTER FOR ETHICS AND PUBLIC SERVICE |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 AUG 20 P 12: 03 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 08/08/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | SELF EMPLOYED - PHYSICAL THERAPIST |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. PORT ST. LUCIE BAR ASSOCIATION | LODGING \FOOD FOR ONE NIGHT- SPEAKER AT BAR ASSOCIATION MEETING (the amount is less than $305 but wanted to report it anyway) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 08/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 08/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. .TRUST #1 | | | | | | | | | |
| 2. - C SH Intel | A | Dividend | J | T | | | | | |
| 3. - C SH Microsoft | A | Dividend | J | T | | | | | |
| 4. - No. Trust Money Market | B | Interest | L | T | | | | | |
| 5. - C SH Wells Fargo | A | Dividend | J | T | | | | | |
| 6. Checking Account - Bank of America, Coral Gables, FL | A | Interest | L | T | | | | | |
| 7. NOW Checking Account, No. Trust Bank, Miami, FL | A | Interest | J | T | | | | | |
| 8. - Corp. Bond units - Emerson Electric BD | B | Interest | L | T | | | | | |
| 9. - C SH GE Corp | A | Dividend | J | T | | | | | |
| 10. - C SH Harley Davidson | A | Dividend | J | T | | | | | |
| 11. - C SH Target | A | Dividend | J | T | | | | | |
| 12. - C SH Pfizer | A | Dividend | J | T | | | | | |
| 13. - C SH Citigroup | A | Dividend | J | T | | | | | |
| 14. - C SH Cisco | | None | J | T | | | | | |
| 15. - C Nokia | A | Dividend | J | T | | | | | |
| 16. - C SH Home Depot | A | Dividend | J | T | | | | | |
| 17. - C SH Viacom (CAPITAL STRUCTURE | A | Dividend | | | SOLD | 3\06 | J | A | No. Trust Bank |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 08/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| CHANGE AND REORG. CBS | | | | | | | | | |
| 18.  - C SH CBS (CAPITAL STRUCTURE CHANGE - VIACOM) | | | J | T | ACQUIRED | 1\06 | | | |
| 19. | | | | | SOLD | 3\06 | J | A | No. Trust Bank |
| 20.  - C SH Amgen | | None | J | T | | | | | |
| 21.  - C SH Medtronic | | Dividend | J | T | | | | | |
| 22.  - C SH Am. Int'l Group | A | Dividend | J | T | | | | | |
| 23.  - C SH IBM | A | Dividend | J | T | | | | | |
| 24.  - US Gov't Obligation units - Fed Home LN BKS | B | Interest | K | T | | | | | |
| 25.  - C SH Anheuser Busch | A | Dividend | | | SOLD | 3\06 | J | | No. Trust Bank |
| 26.  - C SH BP formerly Amoco (merger) | A | Dividend | J | T | | | | | |
| 27.  - C SH Best Buy | A | Dividend | J | T | PARTIAL SALE | 3\06 | J | D | No. Trust Bank |
| 28.  - C SH Caterpillar | A | Dividend | K | T | PARTIAL SALE | 3\06 | K | D | No. Trust Bank |
| 29.  - C SH Chevron\Texaco | A | Dividend | J | T | | | | | |
| 30.  - C SH General Dynamics | A | Dividend | | | SOLD | 3\06 | J | C | No. Trust Bank |
| 31.  - C SH Health Mgmt | A | Dividend | J | T | | | | | |
| 32.  - C SH Johnson\Johnson | A | Dividend | J | T | | | | | |
| 33.  - C SH Kraft Foods | A | Dividend | | | SOLD | 3\06 | J | | No. Trust Bank |

1. Income Gain Codes:       A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less      K =$15,001 - $50,000       L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes       P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)           Q =Appraisal            V =Other                   S =Assessment
                            U =Book Value                                        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 08/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. nO. - C SH Minnesota Mining | A | Dividend | J | T | | | | | |
| 35. - C SH Pepsico | A | Dividend | J | T | | | | | |
| 36. - C SH Texas Inst. | A | Dividend | J | T | | | | | |
| 37. - C SH United Tech | A | Dividend | | | sold | 3\06 | J | D | No. Trust Bank |
| 38. - C SH Alcoa | A | Dividend | | | sold | 3\06 | J | | No. Trust Bank |
| 39. - C Corp Bond units - Am. Express Co | B | Interest | J | T | | | | | |
| 40. - US Gov't Obligation units - Fed Home Loan Banks Cons. | A | Interest | K | T | | | | | |
| 41. - Bank of America (CD) | A | Interest | M | T | | | | | |
| 42. - Bank of America - Money Market | A | Interest | J | T | | | | | |
| 43. - C SH FNM | A | Dividend | | | SOLD | 3\06 | J | | No. Trust Bank |
| 44. - SH MFB No FDS STK Index Fund (Nosix) (X) | A | Dividend | K | T | buy | 3\06 | K | | No. Trust Bank |
| 45. - SH MFB No Int'l Equity Index Fund (Noinx)(X) | B | Dividend | K | T | buy | 3\06 | K | | No Trust Bank |
| 46. - SH MFB No Mid Cap Index Fund (Nomix) (X) | A | Dividend | K | T | buy | 3\06 | K | | No. Trust Bank |
| 47. - C SH Franklin Res. Inc (BEN) (X) | A | Dividend | J | T | buy | 3\06 | J | | No. Trust Bank |
| 48. - SH Select Sector SPDR TR (XLB) (X) | A | Dividend | J | T | buy | 3\06 | J | | No. Trust Bank |
| 49. - C SH P&G (X) | A | Dividend | J | T | buy | 3\06 | J | | No. Trust Bank |
| 50. - C SH Walgreens (X) | A | Dividend | J | T | buy | 3\06 | J | | No. Trust Bank |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)   Q =Appraisal   V =Other
   U =Book Value   S =Assessment   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 08/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. Trust #1 ● | | | | | | | | | |
| 52. - Davis Real Estate Fund Class B | | None | J | T | | | | | |
| 53. - Davis Financial Fund Class B | | None | J | T | | | | | |
| 54. - Eaton Vance WW Health Sciences Fund Class B | | None | J | T | | | | | |
| 55. - Oppenheimer main St. Small Cap. fund CL A | A | Dividend | J | T | | | | | |
| 56. - Putnam Health Sciences Trust CL B | A | Dividend | J | T | | | | | |
| 57. - Putnam Int'l Equity Fund CL B | A | Dividend | J | T | | | | | |
| 58. - Putnam Int'l Capital Opportunities Fund CL B | A | Dividend | J | T | | | | | |
| 59. - Citigroup Diversified Futures Fund L | | None | K | T | | | | | |
| 60. - Annuity - Nationwide Life Insurance Co | | None | K | T | | | | | |
| 61. - Federal Home Loan MTG Corp | A | Interest | J | T | | | | | |
| 62. - Bank Deposit Program - Citibank | A | Interest | J | T | | | | | |
| 63. Brokerage Acct Managed Account Smith Barney ● | B | Dividend | M | T | | | | | |
| 64. CGM Roth Conversion IRA ● Smith Barney | | | | | | | | | |
| 65. -AIM Mid Cap Core Equity Fund CL A | A | Interest | J | T | | | | | |
| 66. - American Balanced Fund CL B | A | Interest | J | T | | | | | |
| 67. - Enterprise Small Co. Value Fund CL B | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 08/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. - Growth Fund of America CL B | A | Interest | J | T | | | | | |
| 69. - Morgan Stanley KLD Social Index Fund CL B | A | Interest | J | T | | | | | |
| 70. - Putman Int'l Equity Fund CL B | A | Interest | J | T | | | | | |
| 71. - Seligman Capital Fund CL A | A | Interest | J | T | | | | | |
| 72. - Seligman Cash Mgmt Fund | A | Interest | J | T | | | | | |
| 73. -Seligman Global Tech Fund CL A | A | Interest | J | T | | | | | |
| 74. - Seligman Communications and Informatin fund CL A | | None | J | T | | | | | |
| 75. Savings Account ● 1st Nat'l Bank of So. Miami | A | Interest | J | T | | | | | |
| 76. Checking Account ● 1st Nat'l Bank of So. Mimai | A | Interest | J | T | | | | | |
| 77. C SH Eastman Kodak ● | A | Interest | J | T | | | | | |
| 78. C SH Prudential Financial Inc ● | A | Interest | J | T | | | | | |
| 79. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 08/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SECTION VII. INVESTMENTS AND TRUSTS. Line 59 is listed as a managed account. ███ has no control over the holdings in this account, however, there is no name associated with it othe than their report saying Managed Account. I have listed the brokerage house to help identify it. She neither chooses what is to be sold or bought in it.

I have also taken the liberty of marking her trusts as hers. I have also listed ███ assets, even though they are the sole financial interest and responsibility of hers and I derive no interest or benefit from them.

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 08/08/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  8/13/07

NOTE: A[NY INDIVIDUAL WHO KNOWINGLY AND WI]LFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544